# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO.: 18-CR-231 (CKK)** |
| | ) | |
| v. | ) | |
| | ) | **UNDER SEAL** |
| **ALER BALDOMERO SAMAYOA-RECINOS,** | ) | |
| also known as "Chicharra," | ) | |
| | ) | |
| **Defendant.** | ) | |

## GOVERNMENT MOTION TO UNSEAL CASE

The United States of America, by and through the undersigned counsel, respectfully moves the Court for an order directing that public docket of the above-captioned case be unsealed.

### Background

1. On August 1, 2018, a federal grand jury sitting in the District of Columbia returned an original Indictment against the defendant, Aler Baldomero Samayoa-Recinos, also known as "Chicharra," ("Defendant"). On that same day, Magistrate Judge Deborah A. Robinson signed the arrest warrant for the Defendant.

2. Also on the same day, the Government filed a motion to seal the Indictment and arrest warrant, based on the grounds of needing to ensure the safety of witnesses and law enforcement officers and allow the government the ability to apprehend the Defendant, without alerting him of his impending arrest.

3. The Government has determined that the reasons initially cited for the sealing of the Indictment and arrest warrant are no longer necessary or applicable.

1

4.       Therefore, because the original concerns for seeking the sealing of the docket are no longer issues, the Government moves to unseal the docket.

## **CONCLUSION**

For all the foregoing reasons, counsel for the Government respectfully requests that the docket in the present case be unsealed as to Aler Baldomero Samayoa-Recinos, also known as "Chicharra."

                              ARTHUR G. WYATT, Chief
                              Criminal Division
                              Narcotic and Dangerous Drug Section
                              U.S. Department of Justice

By:   /s/
       Katharine A. Wagner
       Assistant Deputy Chief
       Narcotic and Dangerous Drug Section
       Criminal Division
       U.S. Department of Justice
       Two Constitution Square
       145 N Street, NE
       Washington, D.C.  20530