UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALER BALDOMERO SAMAYOA-RECINOS,<br>also known as "Chicharra,"<br><br>Defendant. | CRIMINAL NO. 18-CR-231 |

## NOTICE OF APPEARANCE

Please take notice that REBECCA L. CASTANEDA, attorney at law, appears in this case as counsel for Aler Baldomero Samayoa-Recinos and requests that all future pleadings, orders, and correspondence be directed to her attention.

DATED THIS 15th day of May 2025.

Respectfully submitted,

<u>s/Rebecca L. Castaneda</u>
Rebecca L. Castaneda
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 694-7780
Counsel for Aler Baldomero Samayoa-Recinos

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on May 15, 2025, with the Clerk of the Court using the CM/ECF system which will automatically transmit an electronic filing to all parties of record.

*s/Rebecca L. Castaneda*
Rebecca L. Castaneda
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 694-7780
Counsel for Aler Baldomero Samayoa-Recinos
