UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALER BALDOMERO SAMAYOA-RECINOS,<br>also known as "Chicharra,"<br><br>Defendant. | CRIMINAL NO. 18-CR-231 |

### ORDER

This matter having been brought to the Court in the parties' Joint Motion to Continue Status Hearing and Exclude Time, dated October 10, 2025, wherein the parties requested this Court continue the October 21, 2025, status hearing for 60 days, and issue an Order pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161, and for good cause having been shown,

IT IS ORDERED that the status hearing scheduled for October 21, 2025, is CONTINUED to December 19, 2025 at 1:30 PM.

IT IS THE FINDING OF THIS COURT, for the reasons cited in the Joint Motion to Continue Status Hearing, additional time is necessary to allow the parties to continue to discuss the overall posture of this case and further pursue a possible resolution of this matter short of trial. Accordingly, the ends of justice served by a tolling of the Speedy Trial clock until the next Hearing, outweigh the best interest of the public and the defendant in a speedy trial. A failure to grant such a continuance may result in a miscarriage of justice and would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, IT IS HEREBY ORDERED, that for the purpose of computing the time within which the trial must commence, the period of October 21, 2025, and the date of the next hearing in this matter, _Dec. 19_, 2025, shall be deemed an excludable period pursuant to 18 U.S.C. § 3161(h)(7)(A).

_____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE