**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 1:18-CR-00231** |
| **v.** | |
| **ALER BALDOMERO SAMAYOA-RECINOS,** <br> **also known as "Chicharra,"** | |
| **Defendant.** | |

**JOINT MOTION TO CONTINUE STATUS HEARING AND EXCLUDE TIME**

The United States of America ("the Government") and Defendant Aler Baldomero Samayoa Recinos ("Defendant"), by and through their undersigned counsel, hereby request that the Court continue the status hearing scheduled for March 26, 2026, to the week of May 4, 2026,[1] or as soon thereafter as the Court is available. The parties further request that the Court issue an Order excluding time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

1.      On August 1, 2018, a grand jury sitting in the District of Columbia returned an Indictment (the "Indictment") against the Defendant, charging him with conspiring to distribute five or more kilograms of cocaine, intending, knowing, and having reasonable cause to believe that the cocaine would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 959(a), 960, and 963 and 18 U.S.C. § 2. ECF No. 1.

2.      The Defendant was arrested in Mexico in March 2025 and extradited to the United States from Guatemala on May 9, 2025. On May 12, 2025, the Defendant made his initial

---

[1] Defense counsel will be unavailable on Friday, May 8, 2026, as he is expected to begin a multi-week jury trial.

appearance in this District. ECF No. 16; Min. Entry, May 12, 2025. On June 2, 2025, Defendant was arraigned before this Court and entered a plea of not guilty. Min. Entry, Jun. 2, 2025.

3.      The Government produced initial Rule 16 discovery on June 17, 2025, and produced supplemental discovery on September 24, 2025. *See* Min. Entry, Aug. 26, 2025.

4.      The parties have provided regular updates to the Court on the status of discovery and ongoing discussions regarding the potential for pretrial resolution. *See, e.g.,* Min. Entry, Jun. 2, 2025; Min. Entry, Aug. 26, 2025; and ECF Nos. 30, 33.

5.      Most recently, on January 21, 2026, the parties appeared before this Court for a scheduled status hearing, during which the parties advised that the parties were still discussing the possibility of a resolution short of trial. The Court set another status hearing for March 26, 2026, and excluded time from January 21, 2026, until March 26, 2026, under the Speedy Trial Act. Min. Entry, Jan. 21, 2026.

6.      The parties have continued to discuss the potential for pretrial resolution, and the Government expects to communicate a formal plea offer in the next few weeks. Therefore, additional time is needed for the parties to discuss that forthcoming plea offer, for the Defendant to evaluate that plea offer based on his ongoing review of discovery, and, if necessary, for the parties to prepare for trial. Accordingly, the parties respectfully request that the Court continue the status hearing currently set for March 26, 2026, to the week of May 4, 2026, or to the next available date thereafter.

7.      Pursuant to 18 U.S.C. § 3161(h)(7)(A), the parties believe that the ends of justice served by the tolling of the Speedy Trial Act clock until the next scheduled hearing in this matter outweigh the interest of the public and the Defendant in a speedy trial. Such time is necessary to allow defense counsel to review the discovery and discuss with the Defendant, and for the parties

to assess the possibility of resolution short of trial, and, if necessary, prepare for trial. A failure to grant such a continuance may result in a miscarriage of justice and would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv).

DATED: Wednesday, March 18, 2026.

Respectfully submitted,

MARGARET A. MOESER
Chief
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice

*Robert Feitel*_____
Robert Feitel
Law Office of Robert Feitel
10001 Georgetown Pike, #63
Great Falls, Virginia 22066
D.C. Bar No. 366673
202-255-6637
RF@RFeitelLaw.com

 */s/ Douglas Meisel*_____
Douglas Meisel
Josh Katcher
Michael Lang
Trial Attorneys
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on Wednesday, March 18, 2026, with the Clerk of the Court using the CM/ECF system which will automatically transmit an electronic copy to all counsels of record.

By:     */s/ Douglas Meisel*
Trial Attorney
Money Laundering, Narcotics and Forfeiture Section
Criminal Division
United States Department of Justice