UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 18 CR. 231 (CKK) |
| | : | |
| V. | : | |
| ALER SAMAYOA RECINOS | : | |
| Defendant. | | |

**UNOPPOSED MOTION FOR BRIEF
CONTINUANCE OF STATUS**

Defendant Aler Samayoa Recinos respectfully moves this Court to continue the status hearing in this case, currently scheduled for May 4, 2026 for approximately three days, until on or about May 7 or 8, 2026 or a date soon thereafter consistent with the Court's schedule. The Government does not object to this brief continuance, which is requested so that defense counsel can travel outside of the United States in support of this case and report back to the Government as to the status of the trip. The parties remain in discussions about a possible non-trial resolution of the case. The defense also wishes to discuss the status of the defendant's health and medical treatment with the Court, which militates against a longer delay. Undersigned counsel also personally spoke with the defendant, who agrees to the continuance and to the tolling of the Speedy Trial Act until the next status hearing in the case. The defense will have the defendant sign a written waiver of his speedy trial rights and will file on the docket forthwith.

A Proposed Order is attached hereto.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20008
D.C. Bar No. 366673
202-255-6637 (cellular)
RF@RFeitelLaw.com

/s/ *Sandi S. Rhee*

_____
Sandi S. Rhee, Esquire
Law Office of Sandi S. Rhee
10001 Georgetown Pike, #63
Great Falls, Virginia 22066
D.C. Bar No. 502417
202-285-8366(cellular)
SandiRheeLaw@Gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to all counsel of record, this 28th day of April, 2026.

*Robert Feitel*

_____

Robert Feitel

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to DOJ Trial Attorney Kaitlin Sahni, NDDS, this 10th day March , 2026.