**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 18-CR-231** |
| **v.** | |
| **ALER BALDOMERO SAMAYOA-RECINOS,**<br>**also known as "Chicharra,"** | |
| **Defendant.** | |

## ORDER

This matter having been brought to the Court in the parties' Joint Motion to Continue Status Hearing and Exclude Time, dated July 10, 2026, wherein the parties requested this Court continue the July 16, 2026, status hearing to the week of September 14, 2026, and issue an Order pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161, and for good cause having been shown,

IT IS ORDERED that the status hearing scheduled for March 26, 2026, is CONTINUED to _____.

IT IS THE FINDING OF THIS COURT, for the reasons cited in the Joint Motion to Continue Status Hearing, additional time is necessary to allow defense counsel to review the discovery and discuss with the Defendant, and for the parties to assess the possibility of resolution short of trial, and, if necessary, prepare for trial. Accordingly, the ends of justice served by a tolling of the Speedy Trial clock until the next Hearing, outweigh the best interest of the public and the defendant in a speedy trial. A failure to grant such a continuance may result in a miscarriage of justice and would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, IT IS HEREBY ORDERED, that for the purpose of computing the time within which the trial must commence, the period of July 16, 2026, and the date of the next hearing

5

in this matter, _____, 2026, shall be deemed an excludable period pursuant to 18 U.S.C. §

3161(h)(7)(A).


                    _____

                    HON. COLLEEN KOLLAR-KOTELLY
                    UNITED STATES DISTRICT JUDGE