UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 18 Cr. 231 (CKK) |
| v. | : | |
| ALER SAMAYOA RECINOS | : | |
| Defendant. | : | |

**DEFENSE SPEEDY TRIAL WAIVER**

Attached as Exhibit 1 hereto is a Speedy Trial waiver signed by defendant Aler Samayoa Recinos, which agrees to waive his speedy trial rights from November 18, 2026 until the next scheduled Court hearing on December,16, 2026.

Respectfully submitted,

Robert Feitel

Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C. 20008
D.C. Bar No. 366673
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to NDDS Trial Attorneys Douglas Meisel, Department of Justice, Washington DC. this 23rd day of November, 2026.

*Robert Feitel*

______________________________

Robert Feitel