UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 18 CR. 231 (CKK) |
| | : | |
| V. | : | |
| ALER SAMAYOA RECINOS | : | |
| Defendant. | | |

SPEEDY TRIAL WAIVER

I, Aler Samayoa Recinos, have been advised of my right to a speedy trial as guaranteed by the Sixth Amendment to the United States Constitution and 18 U.S.C. §§3161-3174. I have discussed this matter with my attorneys, Robert Feitel and Sandi Rhee and they explained to me the significance of this my speedy trial rights. After speaking with my attorneys, I freely and voluntarily waive my right to a speedy trial as permitted by the Speedy Trial Statute. I expressly waive my right to a speedy trial for the entire period from November 18, 2026 until December 16, 2026. I also agree that the ends of justice are served by granting such continuance, which outweighs the best interest of the public and myself in a speedy trial.

The contents of this document have been translated into Spanish and I declare under penalty of perjury that the foregoing is true and correct.

Signed on this 20th day of November 2026.

Aler Samayoa Recinos